FILED
 2009 Jun-29 PM 02:46
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CURTIS RAY SMITH,           )<br>                             )<br>         Plaintiff            )<br>                             )<br>     vs.                     )<br>                             )<br>WARDEN JIMMY PATRICK,        )<br>et al.,                      )<br>                             )<br>         Defendants          ) | Case No. 4:09-cv-00051-RBP-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 28, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although he was advised of his opportunity to file specific written objections within eleven days, the plaintiff has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed

pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 29th day of June, 2009.

/s/ Robert B. Propst
_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**